# UNITED STATES BANKRUPTCY COURT
## Central District of California - Santa Ana
### 411 West Fourth St., Ste. # 2074, Santa Ana, CA 92701-4593



FILED
MAR 15 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

| | |
|---|---|
| In re:<br><br>**WESTERN SUPREME, INC., dba SUNNY CALIFORNIA POULTRY, dba UNITED FOOD COMPANY**<br><br><br><br>**Debtor(s)** | Case No.: 8:11-bk-10976 RK<br><br>Adv. No.: 8:11-01122 RK<br><br>ENTERED<br>MAR 15 2011<br>CLERK U S BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY             Deputy Clerk |
| Western Supreme, Inc., a California Corporation,<br><br>**Plaintiffs**<br>vs.<br>DULCE MARIA HERNANDEZ, an individual; and JESUS CORDOVA, an individual<br>**Defendant(s)** | **ORDER FOR STATUS CONFERENCE**<br><br><br>Date: APRIL 19, 2011<br>Time: 1:30 P.M.<br>Courtroom: 5D |

The above proceeding appears to be at issue.

It is **ORDERED** that the attorneys (or parties not represented by an attorney) appear before Honorable Robert N. Kwan, Bankruptcy Judge, at Ronald Reagan Federal Bldg., 411 W Fourth St., Crtrm 5D, Santa Ana, CA 92701 APRIL 19, 2011 @ 1:30 P.M. for a status conference.

All parties, or their attorneys, who have been served with this Order shall appear at the status conference.

**IF YOU, OR YOUR ATTORNEY, FAIL TO APPEAR AT THE STATUS CONFERENCE, JUDGMENT OR OTHER SUCH SANCTIONS MAY BE IMPOSED UPON YOU.**

DATED: MARCH 15, 2011

_____
ROBERT N. KWAN
BANKRUPTCY JUDGE

C:\MYFILES\forms\Orderset SC.(Kwan).wpd    (Rev. 2007)

## CERTIFICATE OF MAILING

I hereby certify that copies of the above Order were mailed to the following parties on 3/15/2011       .

[Electronic mail service]

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

Shawn A McMillan attyshawn@netscape.net

[Mail Service]

**Western Supreme, Inc.**
11412 Drysdale Lane
Los Alamitos, Ca 90720

Michael Nourmand, Esq.
The Nourmand Law Firm, A. P.C.
1801 Century Park East, Suite 2600
Los Angeles, Ca. 90067

W. Hennen Ehrenclou, Esq.
Weinstock & Scavo, P.C.
3405 Piedmont Road, N.E. Suite 300
Atlanta, Georgia 30305

_____
Susan Kent, Courtroom Deputy